# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ward, Thomas J | U.S. District Court, TX-E | 05/09/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination, Date<br>☐ Initial   ☒ Annual   ☐ Final | 01/01/2005<br>to<br>12/31/2005 |
|  | 5b. ☐ Amended Report |  |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 100 East Houston Street<br>Marshall, Texas 75670 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Joint Venturer | J&J Joint Venture #1. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/09/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American College of Trial Lawyers | March 30 - April 2, 2005 - National Trial Competition - Panel participant - travel, lodging, and meal, San Antonio, Texas |
| 2. American Bar Association | Arpil 14-16, 2005 - Intellectual Property Law Conference - Panel participant - travel, lodging, and meals, Arlington, Virginia |
| 3. Intellectual Property Owners Inc. | September 11-13, 2005 - IPO Annual Meeting - Panel participant - travel, lodging, and meal, Seattle, Washington |
| 4. American Intellectual Property Law Association | October 27-29, 2005 - AIPLA Annual Meeting - Panel participant - travel, lodging, and meal, Washington, D.C. |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/09/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Estate of Dan and Maxine Wilmoth | Assorted wines; 2 firearms | $ 3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Texas Bank & Trust (f/k/a Longview Bank & Trust) | Promissory note secured by CD | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hartford Life Variable Annuity | | None | L | T | | | | | |
| 2. Northbrook Life Ins. Variable Annuity | | None | M | T | | | | | |
| 3. Hartford Life Variable Annuity | | None | K | T | | | | | |
| 4. Hibernia National Bank (Accounts) | C | Interest | L | T | | | | | |
| 5. NE Territory Addition LLC | | None | K | U | | | | | |
| 6. Las Cruces Associates | | None | J | U | | | | | |
| 7. UBS Bank USA (accounts) | A | Interest | J | T | | | | | |
| 8. American Funds Capital World Growth and Income Fund CLA | A | Dividend | J | T | | | | | |
| 9. American Funds Capital Growth World Bond Fund CLA | A | Dividend | J | T | | | | | |
| 10. American Funds Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 11. American Funds Income Fund of America CLA | A | Dividend | K | T | | | | | |
| 12. American Funds Investment Co. of America CLA | A | Dividend | J | T | | | | | |
| 13. American Funds New Economy Fund CLA | A | Dividend | J | T | | | | | |
| 14. American Funds New Perspective Fund CLA | A | Dividend | J | T | | | | | |
| 15. Nuveen Insured Premium Income Municipal Fund | B | Interest | K | T | partial sale | 2/15 | K | A | |
| 16. IRA #1 | | | | | | | | | |
| 17. -- Putnam Master Int. Inc. Trust | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- MSDW Global Dividend Growth Fund B | A | Dividend | K | T | | | | | |
| 19. -- MSDW Strategist Fund B | A | Dividend | K | T | | | | | |
| 20. --MSDW Natural Resources Development Fund | | None | K | T | | | | | |
| 21. -- MSDW Dividend Growth Fund B | B | Dividend | J | T | | | | | |
| 22. -- MSDW Real Estate Fund B | C | Dividend | K | T | | | | | |
| 23. -- MSDW American Opportunities Fund B | | None | K | T | | | | | |
| 24. --American Funds Capital World Growth and Income Fund CLA | A | Dividend | K | T | | | | | |
| 25. --American Funds Capital Growth World Bond Fund CLA | A | Dividend | J | T | | | | | |
| 26. --American Funds Growth Fund of America CLA | A | Dividend | K | T | | | | | |
| 27. --American Funds Income Fund of America CLA | A | Dividend | K | T | | | | | |
| 28. --American Funds Investment Co. of America CLA | A | Dividend | K | T | | | | | |
| 29. --American Funds New Economy Fund CLA | A | Dividend | K | T | | | | | |
| 30. --American Funds New Perspective Fund CLA | A | Dividend | K | T | | | | | |
| 31. IRA #2 | | | | | | | | | |
| 32. --American Funds Capital World Growth and Income Fund CLA | A | Dividend | J | T | | | | | |
| 33. --American Funds Capital Growth World Bond Fund CLA | A | Dividend | J | T | | | | | |
| 34. --American Funds Growth Fund of America CLA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --American Funds Income Fund of America CLA | A | Dividend | K | T | | | | | |
| 36. --American Funds Investment Co. of America CLA | A | Dividend | J | T | | | | | |
| 37. --American Funds New Economy Fund CLA | A | Dividend | J | T | | | | | |
| 38. --American Funds New Perspective Fund CLA | A | Dividend | J | T | | | | | |
| 39. Texas Bank & Trust (fka Longview Bank & Trust)(Accounts) | A | Interest | M | T | | | | | |
| 40. Unimproved residential lot, Longview, Texas | | None | | | sell | 9/8 | K | A | Lori Pitrie Prestige Bldr. |
| 41. Real Estate, Upshur County, Texas | | None | J | W | | | | | |
| 42. NAB Asset Corp. Common Stock | | None | J | T | | | | | |
| 43. Cherokee Water Co. Common Stock | | None | J | T | | | | | |
| 44. Cherokee Club Capital Stock | | None | J | T | | | | | |
| 45. MSDW S&P 500 Index Fund B | | None | | | sell | 10/11 | L | A | |
| 46. MSDW Total Market Index Fund B | | None | | | sell | 10/11 | K | A | |
| 47. Southside Bank (accounts) | C | Interest | M | T | | | | | |
| 48. Ponderosa Gathering, LLC | | None | J | U | | | | | |
| 49. Account Receivable | | None | J | U | | | | | |
| 50. J&J Joint Venture No. 1, Longview, TX | E | Distribution | J | U | | | | | |
| 51. CIBC Oppenheimer Money Market Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. UIT First Trust Shares | | None | | | sell | 1/27 | J | A | |
| 53. Viropharma Inc. Common Stock | | None | J | T | | | | | |
| 54. Microsoft Corporation Common Stock | A | Dividend | J | T | | | | | |
| 55. New Jersey Development Authority Bond | A | Interest | J | T | | | | | |
| 56. Working Interest - Denson #1, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 57. Working Interest - J.Bussey #1, Gregg County, Texas | D | Royalty | K | W | | | | | |
| 58. Working Interest - Culpepper #3, Gregg County, Texas | D | Royalty | K | W | | | | | |
| 59. Working Interest - Flewellen #3, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 60. Working Interest - Flewellen #4, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 61. Working Interest - Castleberry #3, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 62. Working Interest - Denson #2, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 63. Working Interest - Denson #3, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 64. Working Interest - Denson #4, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 65. Working Interest - Castleberry #4, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 66. Working Interest - Flewellen #5, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 67. Working Interest - Castleberry #5, Gregg County, Texas | A | Royalty | J | W | | | | | |
| 68. Working Interest - Culpepper #5, Gregg County, Texas | C | Royalty | J | W | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - 2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Working Interest - Culpepper #6, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 70. Working Interest - Castleberry #10, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 71. Working Interest - Flewellen #7, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 72. Working Interest - Castleberry #11, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 73. Working Interest - Culpepper #7, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 74. Working Interest - Flewellen #8, Gregg County, Texas | C | Royalty | J | W | | | | | |
| 75. Working Interest - Flewellen #9, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 76. Working Interest - Trudie Bruton #1, Gregg County, Texas | D | Royalty | K | W | | | | | |
| 77. Working Interest - Denson #5, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 78. Working Interest - Castleberry #6, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 79. Working Interest - Castleberry #7, Gregg County, Texas (WSP) | A | Royalty | J | W | | | | | |
| 80. Working Interest - Castleberry #8, Gregg County, Texas (WSP) | B | Royalty | J | W | | | | | |
| 81. Royalty - Davis #2, Wood County, Texas | A | Royalty | J | W | | | | | |
| 82. Working Interest -Utzman #1, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 83. Working Interest - Ritz #1, Panola County, Texas | | None | J | W | | | | | |
| 84. Working Interest - Ritz #2, Panola County, Texas | B | Royalty | J | W | | | | | |
| 85. Working Interest - Vera Davis #2, Panola County, Texas | D | Royalty | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Working Interest - Roy Harrell #1, Harrison County, Texas | B | Royalty | J | W | | | | | |
| 87. Working Interest - Inez Bates #2, Nacogdoches County, Texas | D | Royalty | K | W | | | | | |
| 88. Working Interest - Inez Bates #3, Nacogdoches County, Texas | D | Royalty | K | W | | | | | |
| 89. Working Interest - Inez Bates #4, Nacogdoches County, Texas | D | Royalty | K | W | | | | | |
| 90. Working Interest - Inez Bates #5, Nacogdoches County, Texas | D | Royalty | K | W | | | | | |
| 91. Working Interest - Hayter Est. #3, Nacogdoches County, Texas | B | Royalty | J | W | | | | | |
| 92. Working Interest - McCarter #1, Rusk County, Texas | B | Royalty | J | W | | | | | |
| 93. Working Interest - Vera Davis #3, Panola County, Texas | D | Royalty | K | W | | | | | |
| 94. Working Int.- Jordan #1, Panola County, Texas | C | Royalty | J | W | | | | | |
| 95. Working Interest - Burk #2, Panola County, Texas | D | Royalty | K | W | | | | | |
| 96. Working Interest - West Bay #1, Panola County, Texas | C | Royalty | J | W | | | | | |
| 97. Working Interest - Brady #1, Rusk County, Texas | B | Royalty | J | W | | | | | |
| 98. Working Interest - Beckham #2, Panola County, Texas | D | Royalty | K | W | | | | | |
| 99. Working Interest - Orr-Tipps #2, Rusk County, Texas | | None | J | W | | | | | |
| 100. Working Interest - Wedgeworth #1, Panola County, Texas | C | Royalty | J | W | | | | | |
| 101. Working Interest - Vera Davis #4, Panola County, Texas | D | Royalty | K | W | | | | | |
| 102. Working Interest - Vera Davis #5, Panola County, Texas | E | Royalty | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Working Interest - Burk #3, Panola County, Texas | D | Royalty | K | W | | | | | |
| 104. Working Interest - Kimmey #1, Angelina County, Texas | | None | J | W | | | | | |
| 105. Working Interest - W.W. Mackey #2, Gregg County, Texas | B | Royalty | J | W | | | | | |
| 106. Longview, TX Municipal Bond | A | Interest | K | T | buy | 1/27 | K | | |
| 107. Pleasanton, TX Municipal Bond | | None | K | T | buy | 10/18 | K | | |
| 108. Brazos River Authority Bond | | None | J | T | buy | 10/18 | K | | |
| 109. TX State Technical College Bond | | None | K | T | buy | 10/18 | K | | |
| 110. Brazosport, TX ISD Bond | | None | K | T | buy | 10/18 | K | | |
| 111. Killeen, TX Municipal Bond | | None | K | T | buy | 10/18 | K | | |
| 112. Kate Dudley #1 Working Interest, Gregg County, TX | | None | J | W | buy | 5/19 | J | | Machin & Associates |
| 113. Vera Davis #7 Working Interest, Panola County, TX | | None | J | W | buy | 9/7 | J | | Vaughn Operating Co. LLC |
| 114. Jordan #2 Working Interest, Panola County, TX | | None | J | W | buy | 7/18 | J | | A C Exploration |
| 115. Beckham #3 Working Interest, Panola County, TX | D | Royalty | K | W | buy | 5/05 | J | | Ark La Tex Energy LLC |
| 116. West Bay #2 Working Interest, Panola County, TX | D | Royalty | K | W | buy | 4/19 | J | | Ark La Tex Energy LLC |
| 117. Burk #4 Working Interest, Panola County, TX | D | Royalty | K | W | buy | 3/28 | J | | Ark La Tex Energy LLC |
| 118. Note Receivable | | None | K | U | | | | | |
| 119. Alabama Ferry Working Interest, Leon County, TX | | None | J | W | buy | 3/28 | J | | Ridge Petroleum Inc |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. First National Albany - Breckenridge Bank Account | B | Interest | M | T | open | 6/14 | L | | |
| 121. Morgan Stanley Bank Account | A | Interest | J | T | received | 1/19 | K | | |
| 122. Morgan Stanley Money Market Fund | A | Interest | J | T | received | 1/19 | J | | |
| 123. Morgan Stanley S&P 500 Fund Index | A | Dividend | J | T | received | 1/19 | J | | |
| 124. CD Prudent Bank, Cincinnati, Ohio | A | Interest | K | T | received | 1/19 | K | | |
| 125. Pauline & Charles Davis #1 Working Int.,Harrison Co.,TX (X) | B | Royalty | J | W | | | | | |
| 126. Mary B. Allen #2 Working Interest, Gregg County, TX (X) | A | Royalty | J | W | | | | | |
| 127. Cherokee Domains Inc., shares common stock | | None | | | liquidation | 6/30 | J | A | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII.   INVESTMENTS AND TRUSTS

MSDW identifies Morgan Stanley Dean Witter.

Item Nos. 5 and 6:  Undivided interest in real estate limited partnership.  Filer cannot direct, influence or in any manner effect the purchase, exchange, sale, or disposition of the entity or property of entity.

Item No. 49:  Debtor is NE Territory Addition LLC identified in item number 5.

Item No. 50:  Filer is passive investor in this joint venture real estate investment; assets are undivided interests in real estate limited partnership. Neither filer nor joint venture can direct, influence or in any manner effect the purchase, exchange, sale or disposition of limited partnership assets.

Item Nos. 77, 78, 79, and 80:  Funds attributable to filer's working interest in these wells are distributed to filer by Willow Springs Farmout Partnership (WSP). Filer is not a partner in WSP and has no capital account in WSP.  Filer farmed out his working interest to WSP along with other working interest owners of leasehold estates in approximately December 1994.

In filer's 2004 report Item No. 143 was duplicative of item No. 30.  Item No. 143 has been dropped from this report.  Item No. 30 from filer's 2004 report is reported as Item No. 15 in this report for 2005.

Item No. 118 represents promissory note received from buyer in connection with sale of asset identified as Item No. 40 in this 2005 report.

Item Nos. 121, 122, 123, and 124 were received upon death of a relative by reason of pay on death provision signed by relative.

Item Nos. 125 and 126 represent filer's working interest in oil and gas wells with marginal production resulting in a value well below threshold value in years prior to 2005 and were not reported in prior years. Increase in price of oil and gas placed their value above threshold for year 2005.

Item No. 127 was a closely held corporation formed in 1975 for the purpose of developing a single █████ real estate subdivision. Filer was a minority shareholder. Filer received one distribution in 1986.  Filer made a final contribution to capital in 1995. Filer inadvertently failed to include this asset on any previous report. Filer's shares had little cash market value, but upon liquidation in 2005 filer received a partial return of paid-in capital.

| Name of Person Reporting | Date of Report |
|---|---|
| Ward, Thomas J | 05/09/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date _May 9, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544